# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 10. Bill of Costs

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form10instructions.pdf

**9th Cir. Case Number(s)** 24-4186

**Case Name** Associated Industries Ins. Co., Inc. v. SBE Electrical Contracting, Inc.

The Clerk is requested to award costs to *(party name(s))*:

Appellee Associated Industries Insurance Company, Inc.

I swear under penalty of perjury that the copies for which costs are requested were actually and necessarily produced, and that the requested costs were actually expended.

**Signature** /s/ Daniel N. Katibah **Date** July 23, 2025

*(use "s/[typed name]" to sign electronically-filed documents)*

| COST TAXABLE | REQUESTED (each column must be completed) | | | |
|---|---|---|---|---|
| DOCUMENTS / FEE PAID | No. of Copies | Pages per Copy | Cost per Page | TOTAL COST |
| Excerpts of Record* | | | $ | $ |
| Principal Brief(s) *(Opening Brief; Answering Brief; 1st, 2nd, and/or 3rd Brief on Cross-Appeal; Intervenor Brief)* | 7 | 76 | $ 0.21 | $ 111.72 |
| Reply Brief / Cross-Appeal Reply Brief | | | $ | $ |
| Supplemental Brief(s) | | | $ | $ |
| Petition for Review Docket Fee / Petition for Writ of Mandamus Docket Fee / Appeal from Bankruptcy Appellate Panel Docket Fee | | | | $ |
| | | | TOTAL: | $ |

***Example:** Calculate 4 copies of 3 volumes of excerpts of record that total 500 pages [Vol. 1 (10 pgs.) + Vol. 2 (250 pgs.) + Vol. 3 (240 pgs.)] as:*
*No. of Copies: 4; Pages per Copy: 500; Cost per Page: $.10 (or actual cost IF less than $.10);*
*TOTAL: 4 x 500 x $.10 = $200.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 10** Rev. 12/01/2021

| Company Name: | Nielsen Katibah LLP |
|---|---|
| Address: | |
| Contact: | Paul A. Dold, Administrator |
| Email: | |
| Work/Cell: | (415) 248-0167 / (707) 334-2690 |

# COPY EXPRESS

Ph: 415-454-8240
Fax: 415-454-8242
info@copyexpress.biz

**Copying • Printing • Desktop Publishing**
715 Fourth Street San Rafael, CA 94901
www.copyexpress.biz

| SALESPERSON | DATE RECEIVED | DATE DUE | TIME DUE | INVOICE # | | |
|---|---|---|---|---|---|---|
| | 1/21/2025 | 1/22/2025 | | 223857 | | |

| DESCRIPTION | # of Orig | Quantity | Total | Sides | Size | Rate | Total |
|---|---|---|---|---|---|---|---|
| Associated Answering Brief | 76 | 7 | 532 | 1 to 1 | 8.5 x11 | 0.21 | 111.72 |
| | | | 0 | | | | - |
| | | | 0 | | | | - |
| | | | 0 | | | | - |
| | | | 0 | | | | - |
| | | | 0 | | | | - |
| | | | 0 | | | | - |
| | | | 0 | | | | - |
| | | | 0 | | | | - |
| Special Stock: | | | Red Card stock Front & back cover | | | | - |
| Collate | | | | | | | - |
| | Spiral | Front | Card | Back | Card | | |
| Bind/Quantity: | | | 7 | | | 4.50 | 31.50 |
| | | | | | | | - |
| | | | | | | | - |
| | | | | | | | - |

| | Total Taxable | 143.22 |
|---|---|---|
| Method of Payment | | - |
| | Sub-Total | 143.22 |
| Acct #: | Tax | 13.25 |
| | Amount Due | 156.47 |

```
COPY EXPRESS
715 4TH ST
SAN RAFAEL, CA 94901
(415) 454-8240
                        09:51:50
01/22/2025              77459706
Terminal ID No.:
Credit Sale:                  1
Transaction #:             AMEX
Card Type:     ************2007
Account:                   Chip
Entry:
Amount: USD$156.47
                    502217833589
Host Ref. Number:       868943
Auth. Code:                450
Batch Number:  APPROVAL 868943
Response:
              Issuer
Mode:         A000000025010801
AID:          AMERICAN EXPRESS
APPLAB:
        CUSTOMER COPY
```

Terms: Net 30 Days - Please Pay from this Invoice

**THANK YOU FOR YOUR BUSINESS!**

## CERTIFICATE OF SERVICE

    I hereby certify that on July 23, 2025, I arranged to electronically file the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF/ACMS system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

        /s/ Daniel N. Katibah
        Counsel for Appellee Associated
        Industries Ins. Co., Inc.

July 23, 2025